DAVID B. LOWRY  
9900 SW Greenburg Road  
Columbia Business Center, Suite 235  
Portland, Oregon 97223  
(503) 245-6309  
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Barbara Sutton

       Plaintiff,

vs.

Civil No. 05-cv-00303-ST

Commissioner of Social Security

       Defendant.

ORDER GRANTING AWARD OF EAJA FEES

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$2.12**, costs in the amount of **$8.83**, and attorney's fees in the amount of **$3761.04** for total in the amount of **$3771.99**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 5 day of January, 2006.

_____  
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**